**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 374 MAL 2023

          Respondent              :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

          v.                          :

                                  :

DAVID JUNIOR SEECHARRAN,         :

                                  :

          Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.